# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PARMOD K. GARG,

    Plaintiff(s),

v.

IDS PROPERTY CASUALTY INSURANCE COMPANY, et al.,

    Defendant(s).

Case No.: 2:20-cv-00157-JAD-NJK

**ORDER**

(Docket No. 13)

Pending before the Court is the parties' discovery plan. Docket No. 13. The presumptively reasonable discovery period is 180 days, measured from the date of the first appearance of any defendant. Local Rule 26-1(b)(1). Here, Defendant filed a motion to dismiss on January 29, 2019, Docket No. 3; therefore, the discovery cutoff is measured from that date, not the date of the parties' initial Rule 26 conference.

Accordingly, the Court **DENIES** the parties' discovery plan. Docket No. 13. If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). The parties must submit a discovery plan that complies with Local Rule 26-1 no later than March 6, 2020.

IT IS SO ORDERED.

Dated: February 28, 2020

                                                                                       Nancy J. Koppe
                                                                                      United States Magistrate Judge