GARG GOLDEN LAW FIRM
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: pgarg@garggolden.com
Email: agolden@garggolden.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARMOD K. GARG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign corporation that does business as Ameriprise Auto & Home Insurance; BARBARA K. CEGAVSKE, as Secretary of the State for the State of Nevada; and DOES and ROE entities I – X, inclusive,<br><br>Defendants. | CASE NO.:   2:20-cv-157-JAD-NJK<br><br>**STIPULATION TO WITHDRAW MOTION TO DISMISS (ECF NO. 3) AND MOTION TO REMAND TO STATE COURT (ECF NO. 4); AND STIPULATION TO DISMISS DEFENDANT BARBARA K. CEGAVSKE** |

Defendant IDS Property Casualty Insurance Company ("Defendant") and Plaintiff Parmod K. Garg ("Plaintiff") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate to withdraw Defendant's Motion to Dismiss (ECF No. 3) and Plaintiff's Motion to Remand to State Court (ECF No. 4) respectively. The parties also stipulate to the dismissal of Defendant Barbara K. Cegavske, as Secretary of State for the State of Nevada ("NVSOS"). Further, the Parties stipulate to allow Plaintiff leave to amend Plaintiff's Complaint to remove references to NVSOS from the Complaint, including dismissal of Plaintiff's Fifth Claim for Relief, as well as to amend the perceived pleading deficiency in Plaintiff's Fourth Claim for Relief. The Parties agree that Plaintiff shall have fourteen (14) days from the date of the Court's entry of order on this stipulation to file his amended Complaint. Each party shall bear its own attorney's fees and

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

costs related to the filing and withdrawal of both motions (ECF Nos. 3 and 4).

By */s/ Anthony B. Golden*
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Counsel for Plaintiff

By */s/ Benjamin J. Carman*
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
4045 Spencer Street Suite A47
Las Vegas, Nevada 89119
Counsel for Defendant IDS Property Casualty Insurance Company

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/28/2020

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202