**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
IDS Property Casualty Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARMOD K. GARG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign corporation that does business as Ameriprise Auto & Home Insurance; BARBARA K. CEGAVSKE, as Secretary of the State for the State of Nevada; and DOES and ROE entities I - X, inclusive,<br><br>Defendants | 2:20-CV-157-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINES FOR REPLIES TO RESPONSES TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>ECF No. 36 |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Parmod

K. Garg and Defendant IDS Property Casualty Insurance Company by and through

their respective counsel of record, that the deadlines for filing the replies to the

responses to the parties' cross motions for partial summary judgment, ECF

Numbers 33 and 34, be extended by two weeks to, respectively, January 12 and

January 13.  The parties stipulated to this extension as a result of the timing of the

responses relative to the holidays and time off taken by counsel for the same.


DATED   December 18, 2020                DATED   December 18, 2020

**CARMAN COONEY FORBUSH**           **GARG GOLDEN LAW FIRM**
**PLLC**

/s/Benjamin J. Carman                    /s/Amanda Jeanine Brookhyser
BENJAMIN J. CARMAN, ESQ.          PUNEET K. GARG, ESQ.
ROBERT T. HERNANDEZ, ESQ.       AMANDA JEANINE BROOKHYSER,
Attorneys for Defendant                  ESQ.
IDS Property Casualty Insurance       Attorneys for Plaintiff
Company                                  Parmod K. Garg


                          **ORDER**


        **IT IS SO ORDERED.**


        Dated: _____12-22-2020_____



                          _____
                          UNITED STATES JUDGE