GARG GOLDEN LAW FIRM
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: pgarg@garggolden.com
Email: agolden@garggolden.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARMOD K. GARG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign corporation that does business as Ameriprise Auto & Home Insurance; BARBARA K. CEGAVSKE, as Secretary of the State for the State of Nevada; and DOES and ROE entities I – X, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-157-JAD-NJK<br><br>**STIPULATION AND REQUEST TO VACATE MANDATORY SETTLEMENT CONFERENCE** |

The above-referenced parties, by and through their counsel of record, hereby stipulate and request that the Court vacate the upcoming Mandatory Settlement Conference and briefing schedule in this matter, as the parties have reached a settlement among themselves.

1. On June 15, 2021, the parties engaged in a private mediation of this matter through Advanced Resolution Management.

2. On June 24, 2021, the parties reached a settlement of this matter and executed a settlement agreement and release.

3. Plaintiff is presently awaiting payment of the settlement amount and, upon receipt, will file a stipulation for dismissal of this case, with prejudice.

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

4. Given that the parties have settled this matter, they request that the Mandatory Settlement Conference scheduled for July 20, 2021, at 10:00 a.m. be vacated, along with the briefing, which is currently due July 13, 2021.

5. The parties further request that the court set a status conference for thirty (30) days from now, which would be vacated if the parties sooner file a stipulation for dismissal.

| GARG GOLDEN LAW FIRM | CARMAN COONEY FORBUSH |
|---|---|
| By:/s/ Anthony B. Golden<br>ANTHONY B. GOLDEN, ESQ.<br>Nevada Bar No. 9563<br>3145 St. Rose Parkway, Suite 230<br>Henderson, Nevada 89052<br><br>*Counsel for Plaintiff* | By: /s/ Benjamin J. Carman<br>BENJAMIN J. CARMAN, ESQ.<br>Nevada Bar No. 12565<br>4045 Spencer Street Suite<br>Las Vegas, Nevada 89119<br><br>*Counsel for Defendant IDS Property* |

## ORDER

**Dismissal papers must be filed by August 13, 2021.**

IT IS SO ORDERED

_____
United States Magistrate Judge

DATED July 13, 2021

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202