**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
IDS Property Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARMOD K. GARG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign corporation that does business as Ameriprise Auto & Home Insurance; BARBARA K. CEGAVSKE, as Secretary of the State for the State of Nevada; and DOES and ROE entities I - X, inclusive,<br><br>Defendants | 2:20-CV-157-JAD-NJK<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 47 |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Parmod K. Garg and Defendant IDS Property Casualty Insurance Company by and through their respective counsel of record, that IDS Property Casualty Insurance Company be dismissed with prejudice, each party to bear their own fees and costs.

It is further stipulated that all current hearings, deadlines, trial dates, and

conferences on calendar shall be vacated.

| DATED   August 18, 2021 | DATED   August 18, 2021 |
|---|---|
| **CARMAN COONEY FORBUSH PLLC** | **GARG GOLDEN LAW FIRM** |
| /s/Benjamin J. Carman | /s/Anthony B. Golden |
| BENJAMIN J. CARMAN, ESQ.<br>ROBERT T. HERNANDEZ, ESQ.<br>Attorneys for Defendant<br>IDS Property Casualty Insurance Company | PUNEET K. GARG, ESQ.<br>ANTHONY B. GOLDEN, ESQ.<br>Attorneys for Plaintiff<br>Parmod K. Garg |

## ORDER

Based on the parties' stipulation **[ECF No. 47]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2021